400 A.2d 638

Commonwealth v. Lafayette, Appellant.

Submitted December 6, 1977. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Mi-

chael R. Stiles, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.